```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 00474
   VALENTIN SIERRA
   MARISELA SIERRA                         CHAPTER 13

                                           JUDGE: MANUEL BARBOSA
      Debtor
   SSN XXX-XX-3935    SSN XXX-XX-9242
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 01/11/07 and confirmed on 04/03/07.

   2. The case was converted to Chapter 7 after confirmation, 08/22/2007.

   3. The Debtor paid a total of $   2100.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 5531.96 | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 10365.00 | 72.30 | 893.50 |
| ALLIANCE ONE RECEIVABLES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 281.94 | .00 | .00 |
| BIEHL & BIEHL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 330.97 | .00 | .00 |
| CFC FINANCIAL CREDIT LLC | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST CA | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCED CARDIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO FAUCET FEDERAL C | UNSECURED | 3369.55 | .00 | .00 |
| MEA MEDICAL CARE CTRS LL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 12776.16 | .00 | .00 |
| PROVENA MERCY | UNSECURED | NOT FILED | .00 | .00 |
| UTILITY RESOURCE SOLUTIO | UNSECURED | 515.66 | .00 | .00 |
| TRU GREEN | UNSECURED | NOT FILED | .00 | .00 |
| WACHOVIA DEALER SERVICES | UNSECURED | 324.14 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BENEFICIAL | UNSECURED | 12895.85 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15896.96 | .00 | 30494.27 | .00 | 46391.23 |
| PRINCIPAL PAID | 893.50 | .00 | .00 | .00 | 893.50 |

```
INTEREST PAID             72.30         .00          .00          .00       72.30
TOTAL PAID               965.80         .00          .00          .00      965.80
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2500.00 and was paid $   1061.29 .

The Trustee received $     72.91 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




                                PAGE   2
        CASE NO. 07 B 00474 VALENTIN SIERRA & MARISELA SIERRA